08 - 00466 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches ©,
Plaintiff

V.

Sandra Block d/b/a USA Today Reporter,
Defendant

Civil No: MJJ

550

Complaint

Comes now Plaintiff Jonathan Lee Riches, moves under 42 USC 1983. I seek a restraining order against USA today and $14 million. She writes how to commit fraud in articles, how to entrap people, like articles Jon Swartz USA today Report also writes, these articles put me in prison, she is liable for damages

Respectfully Submitted

Jonathan Lee Riches ©